ALICE CORA LEVERICH, Respondent, v. ADOLPH CASDEN, Individually and as Copartner, Doing Business as ROBERT CASDEN & SON, Defendant, and ROBERT CASDEN, Appellant. HERBERT LEVERICH, Respondent, v. ADOLPH CASDEN, Individually and as Copartner, Doing Business as ROBERT CASDEN & SON, Defendant, and ROBERT CASDEN, Appellant.— Action brought by the plaintiff wife to recover damages for personal injuries sustained by reason of her fall to the cellar through an opening in the floor of the defendant-appellant's store, and by her husband to recover damages for loss of her services. Upon the trial the jury rendered a verdict for $3,000 in favor of the wife, and for $875 in favor of the

husband. From separate judgments entered on that verdict and from separate orders denying defendant's motion to set aside the verdict and for a new trial, defendant appeals. Judgments of the County Court of Westchester county and orders severally reversed on the facts and a new trial ordered, with costs to appellant to abide the event, unless within ten days from the entry of the order hereon the plaintiffs respectively stipulate to reduce to $1,500 and $500 the amounts of the verdicts rendered in their favor respectively; in which event the judgments as so reduced and the orders are severally unanimously affirmed, without costs. The amounts awarded are excessive. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.